■ In the Matter of JOEL SMITH, Appellant, v VILLAGE OF NAPLES et al., Respondents. (Appeal No. 1.) [718 NYS2d 659] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Siracuse, J. (Appeal from Judgment of Supreme Court, Monroe County, Siracuse, J.—CPLR art 78.) Present—Pigott, Jr., P. J., Pine, Wisner, Scudder and Lawton, JJ.